IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                                            ) | 8:04CR151 |
|                    Plaintiff,                          ) | |
|                                                            ) | |
|              v.                                         ) | |
|                                                            ) | ORDER |
| STACEY W. NIELSEN,                       ) | |
|                                                            ) | |
|                    Defendant.                      ) | |

Pursuant to the Judgment of the Eighth Circuit Court of Appeals reversing and remanding this case to the district court for resentencing pursuant to *United States v. Booker,* 125 S. Ct. 738 (2005),

IT IS ORDERED:

1. That resentencing of the defendant is scheduled before the undersigned on **September 6, 2006, at 8:30 a.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant must be present for this hearing.

**2. The U.S. Marshal's Office is directed to return the defendant to this district for the above hearing.**

DATED this 27th day of June, 2006.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge