IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR151 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| STACEY W. NIELSEN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court following the mandate from the Eighth Circuit Court of Appeals remanding this case for resentencing (Filing No. 77).

The Court will require each party to file a sentencing brief setting out its position. The resentencing hearing will be scheduled in a separate order.

IT IS ORDERED that each party shall file a sentencing brief on or before August 1, 2006.

DATED this 29th day of June, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge