IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR151** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **STACEY W. NIELSEN,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to file his sentencing brief out of time (Filing No. 81) and the government's motion to file its sentencing brief out of time (Filing No. 82).

Both parties request a one-day extension, and their briefs have already been filed.

IT IS ORDERED:

1. The Defendant's motion to file his sentencing brief out of time (Filing No. 81) is granted; and

2. The government's motion to file its sentencing brief out of time (Filing No. 82) is granted.

DATED this 3rd day of August, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge