IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STACEY W. NIELSEN, )<br>)<br>Defendant. ) | CASE NO. 8:04CR151<br><br>ORDER |

This matter comes before the Court upon the United States' Motion for Dismissal of Petition for Offender Under Supervision filed by U.S. Probation Officer Jeff A. Anthens, (Filing No. 114).

IT IS ORDERED:

1. The United States' Motion for Dismissal of Petition for Offender Under Supervision(Filing No. 114) is granted;

2. The hearing scheduled for September 8, 2008, at 11:30 a.m. is cancelled; and

3. The Petition for Offender Under Supervision (Filing No. 94) is dismissed.

DATED this 4th day of September 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge